IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**TERESA JOHNSON AND DAVID JOHNSON**          PLAINTIFFS

VS.                                           CAUSE NO. 1:09CV295-P-D

**HOLLIS COBB ASSOCIATES, INC.;
FRANKLIN COLLECTION SERVICE, INC. AND
REVENUE ASSURANCE PROFESSIONALS**             DEFENDANTS

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and among all parties having appeared in the above-referenced civil action that all claims and contentions of liability alleged by the plaintiffs in the Complaint herein against Franklin Collection Service, Inc. are hereby voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This stipulation of dismissal is specifically intended to be a dismissal with prejudice of any and all claims possessed by plaintiffs in this civil action.

So stipulated, this the 19th day of April, 2010.

TERESA JOHNSON AND DAVID JOHNSON

BY: _____
W. LAWRENCE DEAS
Mississippi Bar No. 100227


FRANKLIN COLLECTION SERVICE, INC.

BY: _____
H. RICHMOND CULP, III
Mississippi Bar No. 7936